**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation,<br><br>       Plaintiffs,<br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL LLC, a Pennsylvania limited liability company, INALYTIX, INC. a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina corporation, AVANI INVESTMENTS, INC., a Delaware corporation, ANANYA CAPITAL, INC., a Delaware corporation, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an individual, GURU PANDYAR, an individual, JANE DOE PANDYAR, an individual, SRINIVAS SISTA, an individual, JOHN DOE SISTA, an individual, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC., a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation, LALITA SISTA, an individual, SATISH VUPPALPATI, an individual,<br><br>       Defendants. | **Case No. 20-mc-98**<br><br>**PRAECIPE FOR WRIT OF EXECUTION TO THE UNITED STATES MARSHAL**<br><br>**[Judgment Registered From U.S.D.C. Western District of Washington, No. 2:13-cv-01034-MJP]** |

## PRAECIPE FOR WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

To Clerk of Court:

ISSUE A WRIT OF EXECUTION IN THE ABOVE CAPTIONED MATTER:

1. directed to the United States Marshal for the Western District of Pennsylvania;

2. against Defendant Madhavi Vuppalapaati, and her marital community (husband Anandhan Jayaraman);

3. and against Elliot & Davis PC as Garnishee; and

4. index this writ against Defendant Madhavi Vuppalapaati, and her marital community (husband Anandhan Jayaraman).

5. Amount Due: $134,318,640.00

   Interest from June 30, 2016 @ 0.55 through
   Feb 6, 2020                                          $2,663,557.03

   Costs:                                               $_____

   Total:                                               $_____

DATED: February 5, 2020

*/s/ Joseph F. Rodkey, Jr.*
Pa. I.D. No. 66757
Fowkes ♦ Rodkey
732 Allegheny River Blvd.
P.O. Box 173
Oakmont, PA 15139
(412) 828-2802 (Phone)
(412) 828-2588 (Fax)
jrodkey@fowkesrodkey.com

Counsel for Plaintiffs