IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation,<br><br>      Plaintiffs,<br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL LLC, a Pennsylvania limited liability company, INALYTIX, INC. a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina corporation, AVANI INVESTMENTS, INC., a Delaware corporation, ANANYA CAPITAL, INC., a Delaware corporation, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an individual, GURU PANDYAR, an individual, JANE DOE PANDYAR, an individual, SRINIVAS SISTA, an individual, JOHN DOE SISTA, an individual, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC., a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation, LALITA SISTA, an individual, SATISH VUPPALPATI, an individual,<br><br>      Defendants. | **Case No. 20-mc-98**<br><br>**WRIT OF EXECUTION TO THE UNITED STATES MARSHAL**<br><br>**[Judgment Registered From U.S.D.C. Western District of Washington, No. 2:13-cv-01034-MJP]** |

1

# WRIT OF EXECUTION

**UNITED STATES OF AMERICA:**
**WESTERN DISTRICT OF PENNSYLVANIA:**

To the United States Marshal of the Western District of Pennsylvania:

To satisfy the judgment, interest and costs against Defendant, Madhavi Vuppalapati, and her marital community (husband Anandhan Jayaraman):

(1) You are directed to levy upon the property of the defendant Madhavi Vuppalapati, and her marital community (husband Anandhan Jayaraman) and sell his/her interest therein;

(2) You are directed to attach the property of the defendant in the possession of Elliot & Davis PC, 6425 Living Place, Suite 200, Pittsburgh, PA 15206 as garnishee, and to notify the garnishee that (a) an attachment has been issued; and (b) the garnishee is enjoined from paying any debt to or for the account of the defendant Madhavi Vuppalapati, and her marital community (husband Anandhan Jayaraman) and delivering any property of the defendant Madhavi Vuppalapati, and her marital community (husband Anandhan Jayaraman) or otherwise disposing thereof; and

(3) If property of the defendant Madhavi Vuppalapati, and her marital community (husband Anandhan Jayaraman) not levied upon and subject to attachment is found in the possession of anyone other than a named garnishee, you are directed to notify him that he has been added as a garnishee and is enjoined as above stated.

| **JUDGMENT CREDITORS:** | **AMOUNT OF JUDGMENT:** |
|---|---|
| KYKO GLOBAL, INC. | **$134,318,640.00** |
| KYKO GLOBAL | **INTEREST @ 0.55 SINCE June 30, 2016: $2,663,557.03** |
| **JUDGMENT DEBTORS:** | **OTHER COSTS:** |
| Madhavi Vuppalapati, | $_____ |
| and her marital community | **DATE OF ENTRY OF JUDGMENT:** |
| (husband Anandhan Jayaraman) | **June 30, 2016** |

**DATED: February __, 2020**                    _____

                                                                **CLERK OF COURT**