IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL LLC, a Pennsylvania limited liability company, INALYTIX, INC. a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina corporation, AVANI INVESTMENTS, INC., a Delaware corporation, ANANYA CAPITAL, INC., a Delaware corporation, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an individual, GURU PANDYAR, an individual, JANE DOE PANDYAR, an individual, SRINIVAS SISTA, an individual, JOHN DOE SISTA, an individual, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC., a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation, LALITA SISTA, an individual, SATISH VUPPALPATI, an individual,<br><br>Defendants. | Case No. 20-mc-98<br><br>**[Judgment Registered From U.S.D.C. Western District of Washington, No. 2:13-cv-01034-MJP]** |

**MOTION FOR SPECIAL APPOINTMENT TO SERVE PROCESS**

Pursuant to Federal Rule of Civil Procedure 4(c), Plaintiffs in the above-captioned civil action hereby move this court to specially appoint Robert D. Stauffer, Jr. to serve the Writ of Execution, Interrogatories to Garnishee and Claim for Exemption in this action and represents that:

1. Said person is competent and not less than eighteen (18) years of age;
2. Said person is not and will not be a party to this action;
3. Granting the instant motion will effect substantial savings in time and/or travel fee of the United States Marshal.

/s/ Joseph F. Rodkey, Jr.
Pa. I.D. No. 66757
Fowkes ♦ Rodkey
732 Allegheny River Blvd.
P.O. Box 173
Oakmont, PA 15139
(412) 828-2802 (Phone)
(412) 828-2588 (Fax)
jrodkey@fowkesrodkey.com

Counsel for Plaintiffs

## **ORDER**

AND NOW, to wit this 7th day of February, 2020, IT IS ORDERED that Robert D. Stauffer, Jr. be and the same specially appointed to serve the Writ of Execution, Interrogatories to Garnishee and Claim for Exemption upon Elliot & Davis PC.

IT IS FURTHER ORDERED that proof of such service shall be made by affidavit in accordance with Federal Rule of Civil Procedure 4(c)(3).

FOR THE COURT:

JOSHUA C. LEWIS, CLERK

by:_s/ Michael Ayoob____
 DEPUTY CLERK