IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KYKO GLOBAL, INC., a Canadian corporation, KYKO GLOBAL GmbH, a Bahamian corporation,<br><br>      Plaintiffs,<br>v.<br><br>PRITHVI INFORMATION SOLUTIONS, LTD, an Indian corporation, PRITHVI CATALYTIC, INC., a Delaware corporation, PRITHVI SOLUTIONS, INC., a Delaware corporation, PRITHVI INFORMATION SOLUTIONS INTERNATIONAL LLC, a Pennsylvania limited liability company, INALYTIX, INC. a Nevada corporation, INTERNATIONAL BUSINESS SOLUTIONS, INC., a North Carolina corporation, AVANI INVESTMENTS, INC., a Delaware corporation, ANANYA CAPITAL, INC., a Delaware corporation, MADHAVI VUPPALAPATI, an individual, ANANDHAN JAYARAMAN, an individual, GURU PANDYAR, an individual, JANE DOE PANDYAR, an individual, SRINIVAS SISTA, an individual, JOHN DOE SISTA, an individual, DCGS, INC., a Pennsylvania company, EPP, INC., a Washington corporation, FINANCIAL OXYGEN, INC., a Washington corporation, HUAWEI LATIN AMERICAN SOLUTIONS, INC., a Florida corporation, L3C, INC., a Washington corporation, LALITA SISTA, an individual, SATISH VUPPALPATI, an individual,<br><br>      Defendants. | Case No. 20-mc-98-CB<br><br>[Judgment Registered From U.S.D.C. Western District of Washington, No. 2:13-cv-01034-MJP] |

**AFFIDAVIT OF ROBERT D. STAUFFER, JR.**

COMMONWEALTH OF PENNSYLVANIA )
)
COUNTY OF ALLEGHENY )

ON THE 7 TH DAY OF FEBRUARY, 2020, before me, the undersigned officer, personally appeared the undersigned, Robert D. Stauffer, Jr., who being duly sworn according to law and intending to be legally bound, deposes and says as follows:

I am an adult over the age of eighteen (18). I am not a party and will not be a party to the above captioned action. Pursuant to the order of Court dated February 7, 2020, I served Elliot & Davis, PC with the Writ of Execution dated February 7, 2020, Motion for Special Appointment to Serve Process and Order, Interrogatories Directed to Garnishee and Claim for Exemption by personally delivering copies of each of the same to the office or usual place of business of Elliot & Davis, PC at 6425 Living Place, Suite 200, Pittsburgh, PA 15206 to the agent or the person for the time being in charge thereof was identified to me as:

Carla Milo.

FURTHER AFFIANT SAYETH NOT.

Robert D. Stauffer, Jr.

SWORN TO AND SUBSCRIBED before me, the undersigned officer, the day and year aforesaid.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
Marianne Scolieri, Notary Public
Allegheny County
My commission expires April 28, 2023
Commission number 1198784